IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              No.    15-CR-20046-JAR/JPO

JASON P. LEE,

        Defendant.

## INFORMATION

The United States Attorney for the District of Kansas charges:

## INTRODUCTION

At all times relevant to this Information:

1. Water District No. 1 of Johnson County, Kansas (WaterOne) is an independent public water utility serving over 400,000 customers in Johnson County, Kansas. WaterOne is a non-profit, non-taxing, public utility.

2. eBay is an Internet website where registered users can offer items for sale, either through an auction format, or a fixed price listing. Every day there are millions of items listed for sale on eBay. Registered users (both buyers and sellers)

1

utilize unique usernames to identify themselves.

3. eBay utilizes computer servers in the states of California, Colorado, Arizona, and Utah for the Internet transactions on its website. There are no servers in the state of Kansas, therefore any eBay Internet transaction that occur in Kansas would involve interstate wire transmission.

4. The defendant was employed as a Network Manager for WaterOne. The defendant was responsible for procuring cellular telephones as part of his employment responsibilities.

5. During the times relevant to this information, the defendant maintained an eBay account username "JVLee77."

## The Scheme

6. Beginning from sometime in or around July 2010, and continuing to sometime in or around January 31, 2014, in the District of Kansas and elsewhere, the defendant,

**JASON P. LEE**,

devised a scheme and artifice to defraud, and for the purpose of obtaining money by means of false and fraudulent pretenses and representations.

7. The defendant executed the scheme to defraud and to obtain money through false and fraudulent pretenses and representations by obtaining cellular

telephones through WaterOne's account with its cellular providers, AT&T Mobility and Verizon Wireless, holding the phones for a short period of time, terminating the contract, then selling the phones on eBay. The defendant kept the proceeds of the eBay sales of WaterOne's cellular phones. The defendant purchased approximately 971 cellular phones throughout the course of his scheme.

## COUNT ONE

8. Paragraphs one through seven are realleged and incorporated herein.

9. During the period from in or around July 2010, to in or January 2014, in the District of Kansas and elsewhere, the defendant,

### JASON P. LEE,

having devised a scheme and artifice to defraud and for obtaining money by means of material false and fraudulent pretenses and representations, that is, listing for sale items purchased by WaterOne, on eBay, an Internet retail site, without WaterOne's permission; unlawfully transmitted and caused to be transmitted from Kansas to Colorado, California, Texas, and Washington by means of wire in interstate commerce writings, signs, signals, and pictures for the purpose of executing such scheme and artifice.

10. This was all in violation of Title 18, United States Code, Section 1343.

> BARRY R. GRISSOM
> UNITED STATES ATTORNEY
> DISTRICT OF KANSAS
>
> s/D. Christopher Oakley, #19248 for
> D. CHRISTOPHER OAKLEY
> Assistant United States Attorney
> 500 State Ave., Suite 360
> Kansas City, KS 66101
> (913) 551-6730
> (913) 551-6541 (fax)
> Chris.Oakley@usdoj.gov

**PENALTIES**

**Count 1:** **18 U.S.C. Sec. 1343 – Wire Fraud**

- NMT 20 years imprisonment;
  (30 years if financial institution affected)
- $250,000 fine;
  ($1,000,000 if financial institution affected)
- NMT 3 years supervised release;
  (5 years if financial institution affected)
- $100 mandatory special assessment; and
- Order of restitution